**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DONALD KRECEK**                                                              **PLAINTIFF**

**v.**                              **CASE NO. 4:09CV00832 BSM/JJV**

**MICHAEL ASTRUE, Commissioner**
**Social Security Administration**                                    **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States

Magistrate Judge Joe J. Volpe have been reviewed. No objections have been filed. After

carefully considering this document and making a *de novo* review of the record, it is

concluded that the proposed findings and recommended disposition should be, and hereby

are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that the final determination of the commissioner is

affirmed and that plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED this 16th day of March, 2011.


_____
UNITED STATES DISTRICT JUDGE