**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DONALD KRECEK**                                                                          **PLAINTIFF**

**v.**                        **CASE NO. 4:09CV00832 BSM/JJV**

**MICHAEL ASTRUE, Commissioner**
**Social Security Administration**                                                **DEFENDANTS**

## JUDGMENT

Consistent with the order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 16th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE